UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GAI YI,

        Plaintiff,

-against-

MICHAEL CHERTOFF, et al.,

        Defendants.
-------------------------------------------------------------X

JUDGMENT
08-CV- 0269 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 7 2008 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 21, 2008, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       March 26, 2008

ROBERT C. HEINEMANN
Clerk of Court